IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLAY JACKSON**                                                                                   **PLAINTIFF**

V.                                    NO. 3:21-cv-167-DPM-ERE

**GREENE COUNTY and**
**GREENE COUNTY DETENTION CENTER**                              **DEFENDANTS**

### ORDER

Mail sent to Plaintiff Clay Jackson from the Court was returned as "undeliverable."[1] *Doc. 3*. Mr. Jackson has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order (*Doc. 2*).

If Mr. Jackson wants to pursue the claims he raises in this lawsuit, he must notify the Court of his current address within 30 days. Failure to comply with this Order may result in the dismissal of this lawsuit.

IT IS SO ORDERED this 31st day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Although Mr. Jackson originally filed this case as a multi-plaintiff lawsuit, pursuant to Court policy, this lawsuit was separated into three separate cases. Each Plaintiff (Parris Hill, Clay Jackson, and Eric Gallwin) is pursuing their own claims in their own lawsuits.