IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CLAY JACKSON                                          PLAINTIFF

v.                  No: 3:21-cv-167-DPM

GREENE COUNTY and
GREENE COUNTY DETENTION CENTER        DEFENDANTS

## JUDGMENT

Jackson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 September 2021