# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CLAY JACKSON**                          **PLAINTIFF**

v.                No: 3:21-cv-167-DPM

**GREENE COUNTY and**
**GREENE COUNTY DETENTION CENTER**        **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Jackson hasn't updated his address with the Clerk; his mail is still being returned undelivered. *Doc. 4–6*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

                             _____
                             D.P. Marshall Jr.
                             United States District Judge

                             20 September 2021